# Exhibit 1

| | |
|---|---|
| **From:** | William Athay |
| **To:** | Aaron Eddington; Andrew Law; William Athay; Jennifer Hall |
| **Subject:** | Fwd: YouTube Copyright Complaint Submission |
| **Date:** | Monday, May 18, 2020 10:15:28 PM |

---------- Forwarded message ---------
From: **YouTube Copyright** <youtube-disputes+0tnouzdcx7j1o07@google.com>
Date: Mon, May 18, 2020 at 10:13 PM
Subject: YouTube Copyright Complaint Submission
To: <melatmpat@gmail.com>
Cc: <wathay@melaleuca.com>



# Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request.

Here is the information you filled in:

Copyright Owner Name (Company Name if applicable): Melaleuca, Inc. Your Full Legal Name (Aliases, usernames or initials not accepted): William Athay Your Title or Job Position (What is your authority to make this complaint?): Associate General Counsel Address: 4609 West 65th South Idaho Falls, Idaho 83402 US Username: melatmpat@gmail.com Email Address: melatmpat@gmail.com Secondary Email Address: wathay@melaleuca.com Phone: (208) 522-0700

> URL of allegedly infringing video to be removed: http://www.youtube.com/watch?v=91rgCGqPeJU
> Describe the work allegedly infringed: My company, organization or client's video (not from YouTube)
> - Title of original video: Peak Performance Pack Video
> - Link to video:
> - Where does the content appear?
>   The content appears in the targeted video from 6:30 to 2:34
>
> URL of allegedly infringing video to be removed: http://www.youtube.com/watch?v=tNg89Q0hd1A
> Describe the work allegedly infringed: My company, organization or client's video (not from YouTube)

- Title of original video: Grandpa's Academy Video
- Link to video: https://www.youtube.com/watch?v=43Fi4AAA4Wc
- Where does the content appear?
  The content appears in the targeted video from 4:36 to 8:11

Country where copyright applies: US

I state UNDER PENALTY OF PERJURY that:

- I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
- I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
- This notification is accurate.
- I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
- I understand that abuse of this tool will result in termination of my YouTube account.

Authorized Signature: William Athay

Sincerely,

— The YouTube Team

Help center • Email options

©2020 YouTube, LLC 901 Cherry Ave, San Bruno, CA 94066, USA