G. JILL BASINGER - State Bar No. 195739
jbasinger@glaserweil.com
RORY S. MILLER - State Bar No. 238780
rmiller@glaserweil.com
GLASER WEIL FINK HOWARD
    AVCHEN & SHAPIRO LLP
10250 Constellation Boulevard, 19th Floor
Los Angeles, California 90067
Telephone:  (310) 553-3000
Facsimile:  (310) 556-2920

Attorneys for Petitioner
Melaleuca, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| In re DMCA Subpoena to YouTube, LLC | MISC. CASE NO.: <br><br> **REQUEST TO THE CLERK FOR ISSUANCE OF SUBPOENA TO YOUTUBE, LLC PURSUANT TO 17 U.S.C. § 512(H) TO IDENTIFY ALLEGED INFRINGERS** |

Petitioner Melaleuca, Inc., hereby requests that the Clerk of this Court issue a subpoena to YouTube, LLC to identify the alleged infringer(s) at issue pursuant to the Digital Millennium Copyright Act ("DMCA"), 17 U.S.C. § 512(h) (the "Section 512(h) Subpoena").  The proposed Section 512(h) Subpoena is attached hereto as Exhibit A.

The proposed Section 512(h) Subpoena is directed to YouTube, LLC, the service provider of a YouTube account to which the infringing party using the name "Culture Shock YTTV" (https://www.youtube.com/channel/UCH5jgibfNotXPrbKf4FAzPA) posted content. The following URLs contain the infringing content posted to the YouTube account at issue:

- https://www.youtube.com/watch?v=tNg89Q0hd1A
- https://www.youtube.com/watch?v=91rgCGqPeJU

Melaleuca has satisfied the requirements for issuance of a subpoena pursuant to 17 U.S.C. § 512(h):

(1)     Melaleuca has submitted a copy of the notification sent pursuant to 17 U.S.C. § 512(c)(3)(A) as Exhibit 1 to the attached Declaration of J. Andrew Law dated May 20, 2020 ("Law Decl.").

(2)     Melaleuca has submitted the proposed Section 512(h) Subpoena attached hereto as Exhibit A; and

(3)    Melaleuca has submitted a sworn declaration confirming that the purpose for which the Section 512(h) Subpoena is sought is to obtain the identity of an alleged infringer or infringers and such information will only be used for the purpose of protecting Melaleuca's rights under title 17 of the United States Code.  *See* Law Decl. ¶ 5.

Having complied with the statutory requirements, Melaleuca respectfully requests that the Clerk expeditiously issue and sign the proposed Section 512(h) Subpoena pursuant to 17 U.S.C. § 512(h)(4) and return it for service to YouTube, LLC.

DATED:  May 21, 2020                Respectfully submitted,

GLASER WEIL FINK HOWARD
  AVCHEN & SHAPIRO LLP


By:_____
G. JILL BASINGER
RORY S. MILLER
    Attorneys for Petitioner
    Melaleuca, Inc.